| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Smith, Rebecca B. | 2. Court or Organization Eastern District of Virginia | 3. Date of Report 05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States District Court 600 Granby Street Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Norfolk Academy, Norfolk, VA |
| 2. Director | General Douglas MacArthur Foundation, Norfolk, VA |
| 3. Executor | Estate #1 |
| 4. Power of Attorney | ██████ Account #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Smith_Rbecca_B

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed (dental laboratory) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Intellectual Property Law Association | March 28, 2008 | New York, New York | Annual Dinner | Transportation, lodging, food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | . 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-31) | | | | | | | | | |
| 4. Centennial Government Trust | D | Int./Div. | | | Transferred (to line 5) | 5/19 | K | | |
| 5. AGE Bank Deposit Program | E | Int./Div. | | | Transferred (to line 6) | 9/30 | K | | |
| 6. Schwab Govt. Money Fund | E | Int./Div. | K | T | | | | | |
| 7. Capital One Bank - certi. of deposit | A | Interest | K | T | Buy | 8/27 | K | | |
| 8. Hampton Roads Bankshares Inc | C | Dividend | L | T | | | | | |
| 9. The Diamonds Trust | | None | K | T | | | | | |
| 10. Dow Jones Select Div Index Fund | | None | J | T | Buy | 9/16 | K | | |
| 11. Standard & Poor's Midcap 400 | | None | K | T | | | | | |
| 12. S & P 500 Growth Index Fund | | None | K | T | | | | | |
| 13. Tr MSCI EAFE Index Fund | | None | K | T | | | | | |
| 14. Standard & Poor's Latin American 40 Index Fund | A | Int./Div. | J | T | | | | | |
| 15. Standard & Poor's 500 Depository Receipts Trust | | None | J | T | | | | | |
| 16. Taxable Bonds: | | | | | | | | | |
| 17. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sara Lee Corp. 6/19/08 Medium Term Note | A | Int./Div. | | | Redeemed | 6/19 | J | | |
| 19. U.S. TSY Inflation Index Notes 1/15/08 | A | Int./Div. | | | Redeemed | 1/15 | J | | |
| 20. U.S. TSY Inflation Index Note 1/15/10 | | None | J | T | | | | | |
| 21. US TSY Inflation Index Notes 7-15-13 | | None | J | T | | | | | |
| 22. U.S. T-Note 8/15/08 | A | Int./Div. | | | Redeemed | 8/15 | J | | |
| 23. FHLMC 3/3/09 | A | Int./Div. | | | Redeemed | 3/3 | K | | |
| 24. U.S. T-Note 5/15/14 | B | Int./Div. | J | T | | | | | |
| 25. U.S. T-Note 5/31/13 | A | Int./Div. | K | T | Buy | 10/17 | J | | |
| 26. U.S. T-Note 8/15/12 | A | Int./Div. | J | T | | | | | |
| 27. U.S. T-Note 8/15/15 | A | Int./Div. | J | T | Buy | 10/14 | J | | |
| 28. U.S. T-Note 10/31/11 | A | Int./Div. | J | T | | | | | |
| 29. Fed Farm CR BK 6/8/17 | A | Int./Div. | N | T | Buy | 6/17 | K | | |
| 30. Oregon School Board Bond Due 6-30-10 | A | Int./Div. | J | T | | | | | |
| 31. Conocophillips 10/15/16 | A | Int./Div. | J | T | Buy | 12/31 | J | | |
| 32. Farm, ▇▇▇▇ VA | | None | N | W | | | | | |
| 33. Investment Account #2 directing (line 34) | | | | | | | | | |
| 34. Brokerage Account #2 holding (lines 35-88) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Centennial Tax Exempt Trust | A | Int./Div. | | | Transferred (to line 36) | 5/19 | K | | |
| 36. AGE Bank Deposit Program | B | Int./Div. | | | Transferred (to line 37) | 9/30 | K | | |
| 37. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 38. Equities/Stocks: | | | | | | | | | |
| 39. A T & T Inc. | B | Dividend | K | T | | | | | |
| 40. Ace Limited | A | Dividend | J | T | | | | | |
| 41. American Capital | | None | J | T | | | | | |
| 42. Auto Data Processing | A | Dividend | J | T | | | | | |
| 43. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 44. Cameron Intl Corp. | | None | J | | | | | | |
| 45. Charles & Colvard Ltd. | | None | J | T | | | | | |
| 46. Cisco Systems Inc. | | None | J | T | | | | | |
| 47. Covidien Ltd. | A | Dividend | J | T | | | | | |
| 48. Dell Inc. | | None | J | T | | | | | |
| 49. Dollar Tree Inc. | | None | K | T | | | | | |
| 50. DuPont E I De Nemours & Co. | A | Dividend | J | T | | | | | |
| 51. Duke Energy Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 53. General Electric Co. | B | Dividend | K | T | | | | | |
| 54. Hampton Roads Bankshares | B | Dividend | K | T | | | | | |
| 55. Hewlett-Packard Company | A | Dividend | J | T | | | | | |
| 56. Honeywell International | A | Dividend | K | T | | | | | |
| 57. International Paper Co. | A | Dividend | J | T | | | | | |
| 58. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 59. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 60. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |
| 61. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 62. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 63. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 64. Raytheon Company | A | Dividend | J | T | | | | | |
| 65. St. Joe Co. | | None | J | T | | | | | |
| 66. Tyco Electronics Ltd. | A | Dividend | J | T | | | | | |
| 67. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 68. Verizon Communications | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. I Shares Trust MSCI Eafe Index Fund | | None | J | T | | | | | |
| 70. Tax Exempt Bonds: | | | | | | | | | |
| 71. Alexandria VA 6/15/15 | A | Interest | K | T | | | | | |
| 72. Fairfax Cnty VA 6/1/08 Public Impt & Re funding Ser 1999A | A | Interest | | | Redeemed | 6/1 | J | | |
| 73. Arlington Cnty VA 2/1/13 | A | Interest | K | T | | | | | |
| 74. Arlington Cnty VA 6/1/09 General Obligatio n Refunding | A | Interest | K | T | | | | | |
| 75. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 76. Chesterfield Cnty 1/15/14 | A | Interest | J | T | | | | | |
| 77. Fairfax Cnty VA 10/1/11 | A | Interest | K | T | | | | | |
| 78. Henrico Cnty, VA 5/1/10 | A | Interest | K | T | | | | | |
| 79. Henrico Cty Va 7/15/08 | A | Interest | | | Redeemed | 7/15 | J | | |
| 80. Middle Riv. Regl. 5/15/12 | A | Interest | K | T | | | | | |
| 81. Montgomery Cnty, VA 1/15/11 | A | Interest | K | T | | | | | |
| 82. Prince William County VA CTF Partn 6/1/ 15 | A | Interest | J | T | | | | | |
| 83. Prince William County VA 7/1/12 | A | Interest | K | T | | | | | |
| 84. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 85. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 87. Taxable Bond: | | | | | | | | | |
| 88. Monsanto Co. 2/5/08 Medium Term Note | A | Interest | | | Redeemed | 2/5 | J | | |
| 89. Wells Fargo (formerly known as Wachovia Bank) | A | Interest | J | T | | | | | |
| 90. ▓▓▓▓▓▓▓ | F | Dividend | N | W | | | | | |
| 91. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 92. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 93. GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 94. IRA - Equi-Vest | | None | K | T | | | | | |
| 95. Deferred Annuity - Equitable Life Ins. Co. | D | Distribution | K | T | Partial Dist | 12/18 | J | | |
| 96. IRA-Brokerage Acct #3 directing and holding (lines 97-136) | | | | | | | | | |
| 97. UBS Pace Money Market Investment Fund | A | Int./Div. | J | T | | | | | |
| 98. American Funds Washington Mutual Investors Fund | D | Int./Div. | | | Sold | 6/17 | J | | |
| 99. American Funds Investment Company of America | A | Int./Div. | | | Sold | 5/16 | J | | |
| 100. American Funds New World Fund | | None | J | T | Buy | 6/17 | J | | |
| 101. Blackrock Small Cap Growth Fund | | None | J | T | Buy | 5/16 | J | | |
| 102. Blackrock Latin America Fund | | None | J | T | Buy | 6/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Diamond Hill Long-Short Fund | | None | J | T | Buy | 5/16 | J | | |
| 104. First Eagle Sogen Global Fund | A | Int./Div. | J | T | | | | | |
| 105. First Eagle Overseas Fund | | None | J | T | | | | | |
| 106. Ing Corporate Leaders Trust Fund | | None | J | T | Buy | 6/17 | J | | |
| 107. Ing International Value Fund | A | Int./Div. | J | T | | | | | |
| 108. Ing Russia Fund | A | Int./Div. | J | T | Buy | 6/17 | J | | |
| 109. Ivy Global Natural Resources Fund | | None | J | T | Buy | 5/16 | J | | |
| 110. Janus Adviser Intl | | None | J | T | | | | | |
| 111. John Hancock Large Cap Equity Fund | | None | J | T | Buy | 5/16 | J | | |
| 112. MFS Utilities Fund | | None | J | T | | | | | |
| 113. Oakmark International Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 114. Oppenheimer Commodity Strategy Fund | | None | J | T | Buy | 5/16 | J | | |
| 115. Pimco Real Estate Real Return Fund | | None | J | T | Buy | 6/17 | J | | |
| 116. Royce Micro-Cap Fund | | None | J | T | | | | | |
| 117. Royce Pennsylvania Mutual Fund | | None | J | T | | | | | |
| 118. Rydex Basic Materials | A | Int./Div. | J | T | Buy | 6/16 | J | | |
| 119. Victory Small Company Opportunity Fund | | None | J | T | Buy | 5/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Phoenix Mid Cap Value Fund | A | Int./Div. | | | Sold | 5/16 | J | | |
| 121. Thornburg Core Growth Fund | A | Int./Div. | | | Sold | 6/16 | J | | |
| 122. Van Kampen Emerging Markets Fund | A | Dividend | | | Sold | 6/17 | J | | |
| 123. Alger Midcap Growth Fund | | None | | | Sold | 12/18 | J | | |
| 124. Allianz NFJ | A | Int./Div. | | | Sold | 6/17 | J | | |
| 125. Alpine International Real Estate | | None | | | Sold | 12/21 | J | | |
| 126. Columbia Marsico 21st Century | A | Int./Div. | | | Sold | 5/16 | J | | |
| 127. Columbia Smallcap Value Fund | | None | | | Sold | 5/16 | J | | |
| 128. Eaton Vance Greater China Growth | | None | | | Sold | 6/17 | J | | |
| 129. JP Morgan Intrepid European Fund | A | Int./Div. | | | Sold | 5/16 | J | | |
| 130. Lord Abbett Developing Growth | | None | | | Sold | 5/16 | J | | |
| 131. Washington Real Estate Investment Fund (See Part VIII) | | None | J | T | | | | | |
| 132. Wells Fargo Advantage Asia Pacific Fund | | None | | | Sold | 12/17 | J | | |
| 133. Tax Exempt Bonds: | | | | | | | | | |
| 134. VA St Pub Sch Auth 8/1/20 (See Part VIII) | A | Interest | K | T | | | | | |
| 135. Prince William County, Va 7/1/29 (See Part VIII) | A | Interest | K | T | | | | | |
| 136. Virginia Beach Va Pub Impt 7/15/23 | A | Interest | J | T | Buy | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Account #4 directing and holding (lines 138-180) | | | | | | | | | |
| 138. Resource Management Tax-Free Fund, Inc. | A | Interest | L | T | | | | | |
| 139. Equities/Stocks: | | | | | | | | | |
| 140. Abbott Labs | | None | J | T | Buy | 12/9 | J | | |
| 141. Adobe Systems Inc. | A | Dividend | | | Sold | 3/11 | J | | |
| 142. Aflac Inc. | A | Dividend | | | Sold | 8/21 | J | | |
| 143. Baxter Intl Inc. | | None | J | T | Buy | 12/9 | J | | |
| 144. Chevron Corp. | A | Dividend | J | T | | | | | |
| 145. Dominion Resources | A | Dividend | J | T | | | | | |
| 146. Johnson & Johnson | | None | J | T | Buy | 12/12 | J | | |
| 147. Kinder Morgan Energy | | None | J | T | Buy | 12/4 | J | | |
| 148. McDonalds Corp. | | None | J | T | Buy | 12/4 | J | | |
| 149. National Bank of AZ | A | Dividend | L | T | Buy | 12/2 | K | | |
| 150. Nestle | A | Dividend | J | T | | | | | |
| 151. Powershares Global Exchange | A | Dividend | J | T | Buy | 12/3 | J | | |
| 152. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 153. Rydex Series Fund | | None | J | T | Buy | 12/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Southern Co. | A | Dividend | J | T | | | | | |
| 155. Teva Pharmaceuticals | | None | J | T | Buy | 12/9 | J | | |
| 156. Verizon Comm. | | None | J | T | Buy | 12/9 | J | | |
| 157. Wal Mart Stores | | None | J | T | Buy | 12/4 | J | | |
| 158. Wells Fargo & Co. | | None | J | T | Buy | 12/9 | J | | |
| 159. Plum Creek Timber Co., Inc. | A | Dividend | | | Sold | 10/27 | J | | |
| 160. Agrium Inc. | A | Dividend | | | Sold | 5/1 | J | | |
| 161. Gilead Sciences Inc. | A | Dividend | | | Sold | 4/10 | J | | |
| 162. Templeton Dragon Fund Inc. | A | Dividend | | | Sold | 10/9 | J | | |
| 163. Altria Group Inc | A | Dividend | | | Sold | 12/9 | J | | |
| 164. United Technologies Corp | A | Dividend | | | Sold | 7/1 | J | | |
| 165. Citizens Communication Co. | A | Dividend | | | Sold | 1/14 | J | | |
| 166. Freeport-McMoran Copper & Gold Inc. | A | Dividend | | | Sold | 8/7 | J | | |
| 167. Lockheed-Martin Corp. | A | Dividend | | | Sold | 10/27 | J | | |
| 168. IShares MSCI Emerging Markets Index Fund | A | Dividend | | | Sold | 8/7 | J | | |
| 169. Bank of New York Mellon Corp. | A | Dividend | | | Sold | 4/10 | J | | |
| 170. CSX Corp. | A | Dividend | | | Sold | 10/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CVS Caremark Corp. | A | Dividend | | | Sold | 10/27 | J | | |
| 172. Deere and Co. | A | Dividend | | | Sold | 1/29 | J | | |
| 173. Exxon Mobile Corp. | A | Dividend | | | Sold | 08/21 | J | | |
| 174. Illumina Inc. | A | Dividend | | | Sold | 10/27 | J | | -- |
| 175. Merck & Co | A | Dividend | | | Sold | 4/10 | J | | |
| 176. Nike Inc | A | Dividend | | | Sold | 4/10 | J | | |
| 177. Southern Copper Corp. | A | Dividend | | | Sold | 8/7 | J | | |
| 178. Vodafone Group | A | Dividend | | | Sold | 4/28 | J | | |
| 179. IShares MSCI EAFE Index Fund | A | Dividend | | | Sold | 8/7 | J | | |
| 180. IShares Trust S & P Latin America 40 Index Fund | A | Dividend | | | Sold | 8/11 | J | | |
| 181. Heritage Bank Account | B | Interest | M | T | | | | | |
| 182. Estate #1 (line 183) | | | | | | | | | |
| 183. Branch Bank & Trust Co. Bank Account | A | Interest | | | Closed | 2/13 | M | | |
| 184. ▉▉▉ Account #1 (line 185) | | | | | | | | | |
| 185. Branch Bank & Trust Co. Bank Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.   Line 131 (Washington Real Estate Investment Fund);  Line 134 (VA St Pub Sch Auth 8/1/20); and Line 135 (Prince William County, VA 7/1/29), in Brokerage Account #3, were inadvertantly put under Brokerage Account #4 in the 2007 annual report at Part VII.  Lines 147, 177, and 178, respectively.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/04/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544